**E-FILED on**    11/9/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU COMPUTER PRODUCTS OF AMERICA, INC., a Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NIE INTERNATIONAL, INC., a Corporation; RACER COMPUTER CORPORATION, a Corporation; and DOES I THROUGH X AND EACH OF THEM INCLUSIVE,<br><br>    Defendants. | No. C-01-20688 RMW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT<br><br>**[Re Docket No. 70]** |

    Plaintiff Fujitsu Computer Products of America, Inc., moves for entry of a default judgment against defendants NIE International, Inc., and its subsidiary Racer Computer Corporation. For the reasons given below, the court will grant the motion.

    Fujitsu filed suit against NIE and Racer on June 19, 2001, in California superior court, and the defendants removed the case here, to federal district court. About a year later, the defendants gave notice that they would no longer defend in the action and would allow the entry of default against them by the clerk of court. The court authorized the issuance of a writ of attachment against the property of NIE and Racer in the amount of $395,342.04 in October 2002. After over two years of inactivity, the court, on its own motion, ordered the case dismissed on September 30, 2005, but with the caveat that it could be reopened

1  upon application by any party.  Fujitsu applied to have the case reopened, and the court reopened the case
2  on October 31, 2005.
3        Fujitsu now moves for the entry of a default judgment against NIE and Racer in the amount of
4  $566,994.24: a principal amount of $392,684.04 for computer hardware which Fujitsu shipped to the
5  defendants but for which they did not pay, and $174,310.20 in simple 10 percent annual interest accruing
6  since May 23, 2001.[1]  Fujitsu additionally seeks the recovery of costs under a not-yet-filed bill of costs.  In
7  its complaint, Fujitsu requested damages of $392,684.04 and interest of "10% PER ANNUM," as well as
8  "a reasonable attorney's fee."  Notice of Removal at 9, 11.[2]
9        There appears to be a small typo in the principal amount Fujitsu requests.  Supporting documents
10  attached to the complaint list the principal amount as $392,682.04 (a $2 difference from the amount Fujitsu
11  requests).  *See id*. at 119, 122.  Fujitsu otherwise has provided adequate evidence of the amount of the its
12  damages.

**ORDER**

14        For the foregoing reasons, the court grants Fujitsu a default judgment against NIE and Racer
15  pursuant to Fed.R.Civ.P. 55(b)(2) and awards damages to Fujitsu as follows:

16      1.    Unpaid amounts                                     $392,682.04
17      2.    Prejudgment interest at 10% per annum     $174,310.20
18          **TOTAL**                                            $566,992.24
19  Fujitsu may move separately for attorneys' fees.

23  DATED:     11/9/05                               /s/ Ronald M. Whyte
                                                          RONALD M. WHYTE
24                                                           United States District Judge

---

26  [1]    Fujitsu calculates this by assuming it is entitled to $107.40 in interest per day, then multiplying by 1,623 days.

28  [2]    Plaintiff's complaint is incorporated into the defendants' notice of removal, the first docket entry in this action.  The page numbers referred to are those generated by the court's electronic filing system.  The notice of removal is 123 pages long.

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  David J. Cook            cookdavidj@aol.com
   Debra D. Lew
4  Robert J. Perkiss        cookdavidj@aol.com

5  **Counsel for Defendants:**

6  Ron Kilgard
   Jonah D. Mitchell        jmitchell@chrm.com
7  Scott D. Baker           sbaker@reedsmith.com

8
   Counsel are responsible for distributing copies of this document to co-counsel that have not registered for
9  e-filing under the court's CM/ECF program.

10

11

12 **Dated:**         11/9/05                            /s/ JH
                                                **Chambers of Judge Whyte**
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT—No. C-01-20688 RMW
JAH                                          3